**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America | ) | CASE NO. 5:03CR79 and |
| | ) | 5:04CR289 |
| Plaintiff(s) | ) | |
| | ) | Judge David D. Dowd, Jr. |
| | ) | |
| - vs - | ) | |
| | ) | **O R D E R** |
| Dennis Mitchell | ) | |
| | ) | |
| Defendant | ) | |

     A hearing was conducted on June 6, 2008, regarding a petition filed by the U.S. Probation Office regarding a violation of the defendant of the terms and conditions of supervised release. The defendant Dennis Mitchell and his counsel, Dennis Terez appeared. The Court adopts the report and recommendation of Magistrate Judge George J. Limbert and finds the defendant in violation of his terms and conditions of supervised release as stated in the Violation Report.

  IT IS ORDERED that defendant be sentenced to time already served and upon release from confinement the Court will terminated the period of supervised release.

| | |
|---|---|
| <u>June 6, 2008</u> | *<u>s/David D. Dowd, Jr.</u>* |
| Date | DAVID D. DOWD, JR. |
| | U. S. DISTRICT JUDGE |